# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3491

_____

Phillips Development Corporation;      *
College Heights, LLC,                  *
                                       *
            Appellants,                *
                                       *   Appeal from the United States
     v.                                *   District Court for the Eastern
                                       *   District of Arkansas.
Conagra, Inc.; Swift-Ekrich, Inc.,     *
doing business as Butterball           *   [UNPUBLISHED]
Turkey Company,                        *
                                       *
            Appellees.                 *

_____

Submitted: June 28, 2002

Filed: July 24, 2002

_____

Before BOWMAN, BEAM, and BYE, Circuit Judges.

_____

PER CURIAM.

Phillips Development Corporation appeals the district court's[1] grant of summary judgment in favor of Conagra, Inc., and its subsidiary, Swift-Ekrich, Inc. d/b/a Butterball Turkey Company, on Phillips's suit for breach of contract and

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

promissory estoppel.  Phillips alleges that Conagra and Swift-Ekrich promised to subsidize rent payments for a housing complex Phillips constructed near a Butterball Turkey plant in Huntsville, Arkansas.  The district court granted summary judgment after concluding the alleged promises were too indefinite to be enforceable.  Having carefully reviewed the record, we conclude the district court's rulings were proper. We thus affirm on the basis of the district court's opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.